Arizona Attorney General's Office

Rachel M.B. Remes, Bar No. 016117
Kirstin A. Story, Bar No. 023485
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7750
Facsimile: (602) 542-7644
Rachel.Remes@azag.gov
Kirstin.Story@azag.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberley Nicolini,<br><br>            Plaintiff,<br><br>vs.<br><br>Arizona Board of Regents, a political subdivision of the State of Arizona operating the University of Arizona; Kimberly Patten as Director of Research Development Services, University of Arizona and in her personal capacity and John Doe Patten as husband and wife; Robin Richards, Ph.D., as Senior Associate Research Development Services, University of Arizona and in his personal capacity and Jane Doe Richards as husband and wife; and Kim Ogden, Ph.D., as Interim Vice President for Research, University of Arizona and in her personal capacity and John Doe Ogden as husband and wife,<br><br>            Defendants. | Case No:<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CIVIL CASE NO. CV2020-093360, PURSUANT TO 28 U.S.C. § 1441(a)** |

**TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA**

Please take notice that the Defendant Arizona Board of Regents ("ABOR") with the consent of the individually named Defendants, Kimberly Patten, Robin Richards, and

Kim Ogden (collectively, "the Defendants") remove Maricopa County Superior Court civil case number CV2020-093360 to the United States District Court pursuant to 28 U.S.C. § 1441(a), and the procedures set forth in 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and LRCiv 3.6.

In support of this Notice of Removal, the Defendants state as follows:

1. On May 26, 2020, Plaintiff filed a Complaint in Maricopa County Superior Court, Arizona, civil case number CV2020-093360, *Kimberley Nicolini v. Arizona Board of Regents, et al*. She filed her First Amended Complaint on August 12, 2020. *See* attached Exhibit A, a true and correct copy of the First Amended Complaint.

2. Defendants have provided the following documents from Maricopa County Superior Court civil case number CV2020-093360: the Superior Court's docket as of September 15, 2020; Demand for Jury Trial; Civil Cover Sheet; Certificate of Compulsory Arbitration; and the original Complaint filed May 26, 2020. *See* attached Exhibit B, true and correct copies of these documents.

3. On August 14, 2020, Plaintiff sent a Notice of Lawsuit and Request for Waiver of Service of Summons to the University's Office of the General Counsel. On August 24, 2020, Senior Associate General Counsel Stephanie Rosenberg executed a Waiver of Service of Summons for Defendants Kimberly Patten, Robin Richards, and Kim Ogden, making their response deadline October 13, 2020. *See* attached Exhibit C, true and correct copies of these documents.

4. Defendant ABOR was served with process on August 17, 2020. *See* attached Exhibit D, true and correct copies of the Summons to ABOR and Declaration of Service on ABOR.

5. On September 4, 2020, Defendant ABOR filed a Stipulated Motion to Extend Time to File Answer or Other Response to the First Amended Complaint to October 13, 2020 (the same deadline as the individual Defendants), a proposed Order, and Defendants' Notice of Appearance. *See* attached Exhibit E, true and correct copies of these documents.

6. On September 14, 2020, the Superior Court entered an Order granting the stipulated motion and extending ABOR's response deadline, October 13, 2020. *See* attached Exhibit F, a true and correct copy of the Superior Court's Order.

7. Plaintiff's First Amended Complaint asserts eight counts for relief arising out of her employment at the University of Arizona. *See* attached Exhibit A, First Am. Compl. at 24-30. The Counts 1-4 arise under federal law, and Counts 5-8 arise under Arizona law:

Count One – Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. §§ 701 et seq., (*Id*. at 24-25);

Count Two – Americans with Disabilities Act, 42 U.S.C. §§ 12111-12117 (*Id*. at 25);

Count Three – Family and Medical Leave Act, 29 U.S.C. §§ 2601 et seq. (*Id*. at 25-26);

Count Four – 42 U.S.C. § 1983 (*Id*. at 26-27);

Count Five – Arizona Civil Rights Act, A.R.S. §§ 41-1461-1468 (*Id*. at 27-28);

Count Six – Breach of Contract (*Id*. at 28-29);

Count Seven – Breach of the Covenant of Good Faith and Fair Dealing (*Id*. at 29-30);

Count Eight – Intentional Infliction of Emotional Distress (*Id*. at 30).

8. Pursuant to 28 U.S.C. §§ 1331 and 1443, this Court has original jurisdiction over the claims arising under federal law, and it has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367(a).

9. All Defendants consent to removal.

10. Defendants filed this Notice of Removal within the time allowed under 28 U.S.C. § 1446(b).

11. In accordance with LRCiv 3.6(a), Defendants certify that a copy of this Notice of Removal has been filed with the Clerk of the Maricopa County Superior Court, where this action was commenced.

12. Defendants also certify that an Index is attached to this Notice of Removal and that true and correct copies of all court filings in Maricopa County Superior Court

are also attached as Exhibits A–F.  Defendants certify that they filed a Civil Cover Sheet and a Supplemental Civil Cover Sheet as required by LRCiv. 3.6(a).

      RESPECTFULLY SUBMITTED this 15th day of September, 2020.

      Arizona Attorney General's Office

/s/ Rachel M.B. Remes
Rachel M.B. Remes
Kirstin A. Story
Assistant Attorneys General
Attorneys for Defendants

E-filed through www.azturbocourt.gov
and a copy e-served this 15th day of September, 2020, to:

Michael R. Pruitt
Nathaniel Hill
Grant Cragun
40 North Center Street, Suite 200
Mesa, Arizona 85201
Attorneys for Plaintiff

/s/ Deb Czajkowski
#8952335

4

## INDEX TO NOTICE OF REMOVAL

| | |
|---|---|
| Exhibit A | First Amended Complaint |
| Exhibit B | Superior Court Docket dated 9/15/2020; Demand for Jury Trial; Civil Cover Sheet; Certificate of Compulsory Arbitration; and original Complaint filed May 26, 2020 |
| Exhibit C | Notice of Lawsuit and Request for Waiver of Service of Summons; and Waiver of Service of Summons for Defendants Kimberly Patten, Robin Richards, and Kim Ogden |
| Exhibit D | Summons to ABOR and Declaration of Service |
| Exhibit E | Stipulated Motion to Extend Time to File Answer or Other Response to the First Amended Complaint; proposed Order; and Defendants' Notice of Appearance |
| Exhibit F | Superior Court Order Extending Time for Response to October 13, 2020 |