# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberley Nicolini,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, et al.,<br><br>    Defendants. | No. CV-20-01798-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 57). Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 57).

**IT IS FURTHER ORDERED** that this entire action is dismissed with prejudice, each of the parties to bear their own costs, attorneys' fees and expenses.

Dated this 18th day of February, 2022.

_____
G. Murray Snow
Chief United States District Judge